**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION**

Case No. 1:24-cv-00749-TDS-JLW

| | |
|---|---|
| LASLO GROSS and SUSAN GROSS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SMARTSKY NETWORKS, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION TO DISMISS: (1) FOR LACK OF SUBJECT MATTER
JURISDICTION PURSUANT TO RULE 12(b)(1); AND (2) FOR FAILURE
TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED
<u>PURSUANT TO RULE 12(b)(6)</u>**

COMES NOW Defendant SmartSky Networks LLC ("SmartSky") and files this Motion to Dismiss the *pro se* Verified Complaint (the "Complaint") (Dkt. 1) filed by Plaintiffs Laslo and Susan Gross (the "Grosses"): (1) for lack of subject matter jurisdiction pursuant to Rule 12(b)(1); and, alternatively, (2) for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6).

As set forth in the accompanying Memorandum of Law, subject matter jurisdiction does not exist on the basis of diversity of citizenship, the sole basis of jurisdiction alleged in the Complaint. (Dkt. 1, ¶ 5). The sole defendant named in this action is SmartSky Networks, LLC. As a limited liability corporation, SmartSky's citizenship is determined by the citizenship of all of its members traced through SmartSky's corporate structure. *Capps v. Newmark Southern Region, LLC*, 53 F.4th 299, 302 (4th Cir. 2022). Attached hereto as **Exhibit A** is the Declaration of Craig

R. Jalbert, which provides the details of the ownership structure of SmartSky, which in the upstream ownership includes individuals who are residents of North Carolina. As a result, and since the Grosses are also residents of North Carolina (Dkt. 1, ¶¶ 2, 3), there is not complete diversity of citizenship under 28 U.S.C. § 1332, and the Court does not have subject matter jurisdiction over this action.

Additionally, the Grosses' Complaint should be dismissed for failure to state a claim upon which relief can be granted under Rule 12(b)(6). The Complaint asserts claims against SmartSky for abuse of process, defamation, and tortious interference, based solely on legal positions taken and statements made by SmartSky in prior legal proceedings in this Court (with which the Court is very familiar), following entry of and in support of enforcement of a final arbitration award and judgment in favor of SmartSky and against the Grosses and their former company Wireless Systems Solutions, LLC. All of SmartSky's legal positions referenced in the Complaint were taken in the normal course of the underlying legal proceedings to protect SmartSky's rights and remedies in view of the arbitration award and resulting judgment, and not for ulterior motives; and all of the referenced purported defamatory statements were made in the course of those legal proceedings and thus are absolutely privileged and will not support a claim for defamation or tortious interference. For these and other reasons summarized in the accompanying Memorandum of Law, the Complaint fails to state a claim upon which relief can be granted.

WHEREFORE, SmartSky respectfully requests that the Court dismiss the Complaint in its entirety.

2

Respectfully submitted this 15th day of October, 2024.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Christopher J. Blake*
Christopher J. Blake
N.C. State Bar No. 16433
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
chris.blake@nelsonmullins.com

*Counsel for SmartSky Networks, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 15th, 2024, I electronically filed the foregoing **Defendant's Motion to Dismiss** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users of the CM/ECF system.

I further certify that on this day I have served the following parties via email and first class mail at the addresses listed below:

Laslo Gross
102 Ripplewater Lane
Cary, NC 27518
Laslo.Gross@gmail.com

Susan Gross
102 Ripplewater Lane
Cary, NC 27518
susan.gross@gmail.com

This 15th day of October, 2024.

NELSON MULLINS RILEY & SCARBOROUGH LLP

*/s/ Christopher J. Blake*
Christopher J. Blake
N.C. State Bar No. 16433

4