IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

Case No. 1:24-cv-00749-TDS-JLW

| | |
|---|---|
| LASLO GROSS and SUSAN GROSS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SMARTSKY NETWORKS, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT SMARTSKY NETWORKS LLC'S SUPPLEMENTAL
CORPORATE DISCLOSURE AND MOTION
TO LIMIT FURTHER DISCLOSURE**

Defendant SmartSky Networks LLC ("SmartSky"), pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and the Court's Text Order dated April 17, 2025, submits this Supplemental Corporate Disclosure and Motion to Limit Further Disclosure. In furtherance of this submission to the Court, SmartSky alleges and states as follows:

1. 100% of the membership interests in Defendant SmartSky Networks, LLC are owned by SmartSky Midco, LLC, a Delaware limited liability company.

2. 100% of the membership interests in SmartSky Midco, LLC are owned by SmartSky New HoldCo, LLC, a Delaware limited liability company.

3. 100% of the *common* membership interests in SmartSky New HoldCo, LLC, are owned by SmartSky Investco, LLC, a Delaware limited liability company. The prior

Declaration of Craig R. Jalbert (Dkt. 9-1) incorrectly stated that 100% of the membership interests in SmartSky New HoldCo were owned by SmartSky Investco, LLC (*Id.*, ¶ 3.b.).

    4.    In addition to the common membership interests, preferred membership interests in SmartSky New HoldCo, LLC are owned by the following:

    a.    The following entities associated with BlackRock, Inc., a private equity investment management firm ("BlackRock"): █████████████ █████████████ █████████████ █████████████ █████████████

    b.    The following entities associated with Meritage Portfolio Management, a private equity investment management firm ("Meritage"): █ █████████████ ████████;

    c.    The following entities: █████████████ █████████████ ████████;

    d.    The following entities managed by SmartSky Holdings, LLC: █ █████████████ █;

    e.    ████████; and

    f.    █████████.

5. 100% of the common membership interests of SmartSky Investco, LLC are owned by SmartSky Holdings, LLC. Attached hereto as **Exhibit 1** is a list of the individuals and entities that are owners of the membership interests in SmartSky Holdings, LLC. Of those listed on Exhibit A, the following are residents of North Carolina: ██████ ████████████████████████████████████████████████████ ████████████████████████████████████████████.

6. In addition to the common membership interests, preferred membership interests in SmartSky Investco, LLC are owned by the following:

    a. The following entities: ████████████████████ ██████████████████████████████████ ███████████████;

    b. The following entities associated with WP Investments, a private investment firm ("WP"): ███████████████████ ██████████████████████████████████ ██;

    c. The following entities associated with Meritage: █████████ ██████████████████████████████████ ██████████████████████████████████ █████████████████████████████████;

    d. The following entities associated with BlackRock: █████████ ██████████████████████████████████ ██████████████████████████████████

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓;

and

    e.    The following individuals and entities listed on **Exhibit 2** attached hereto. Of those listed, the following are residents of North Carolina: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.[1]

7.    In addition to the foregoing, the membership interests of the ▓▓▓ entities identified above in Paragraphs 5.c. and 6.a. are owned by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

8.    SmartSky respectfully moves that the Court not require further disclosure from SmartSky beyond what is set forth above. Many of the entities listed above are private equity investment entities and funds, and the entities and individuals that have ownership interests in these entities are passive private equity investors who neither had nor have involvement in the day-to-day management of SmartSky. Moreover, SmartSky does not have direct access to the ownership interests beyond what is set forth above and would have to obtain such information from the private equity investment firms such as Blackrock, WP and Meritage, who may have separate obligations to maintain the confidentiality of their private equity investors.

---

[1] Since the filing of the prior Declaration of Craig R. Jalbert (Dkt. 9-1), ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

9. Rule 7.1(a) allows the Court to limit disclosures by a party. The Advisory Committee Notes to the 2022 Amendments to Rule 7.1 state: "The Rule recognizes that the court may limit the disclosure in appropriate circumstances. ***Disclosure might be cut short when a party reveals a citizenship that defeats diversity jurisdiction***. Or the names of identified persons might be protected against disclosure to other parties when there are substantial interests in privacy and where there is no apparent need to support discovery by other parties to go behind the disclosure." (emphasis added).

10. As set forth above, SmartSky has identified North Carolina residents that own membership interests in SmartSky Investco, LLC that defeat Plaintiffs' claim that there is diversity jurisdiction. As a result, further disclosure beyond what is set forth above is unnecessary as the claims alleged in Plaintiffs' Complaint are subject to dismissal for lack of subject matter jurisdiction.

11. To the extent the Court orders further disclosure by SmartSky, SmartSky requests that any such further disclosures be submitted only for *in camera* review by the Court as Plaintiffs have no need or entitlement for such information in connection with the claims alleged in this case against SmartSky.

12. For the reasons set forth above and in the supporting memorandum of law filed contemporaneously herewith, SmartSky respectfully requests that the Court accept its Supplemental Corporate Disclosure, and order that no further disclosure is required from SmartSky.

Respectfully submitted this 25th day of April, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Christopher J. Blake*
Christopher J. Blake
N.C. State Bar No. 16433
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
chris.blake@nelsonmullins.com

*Counsel for SmartSky Networks, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I electronically filed the foregoing **Defendant SmartSky Networks LLC's Supplemental Corporate Disclosure and Motion To Limit Further Disclosure** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users of the CM/ECF system.

I further certify that on this day I have served the following parties via email and first class mail at the addresses listed below:

Laslo Gross
102 Ripplewater Lane
Cary, NC 27518
Laslo.Gross@gmail.com

Susan Gross
102 Ripplewater Lane
Cary, NC 27518
susan.gross@gmail.com

NELSON MULLINS RILEY & SCARBOROUGH LLP

*/s/ Christopher J. Blake*
Christopher J. Blake
N.C. State Bar No. 16433